UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04CV1704RWZ

FILED
2004 APR 28 A 11:43
U.S. DISTRICT COURT
DISTRICT OF MASS.

JOHN J. BAUGHAN,

    Plaintiff

v.

TOWN OF WESTPORT, KEITH PELLETIER, TODD OLIVER, FRANCOIS NAPERT, SCOTT ARRINGTON, MICHAEL R. HEALY, STUART KIRKALDY, JAMES J. LONG, MARJORIE A. HOLDEN, CHARLES A. COSTA, RUSSELL T. HART and STEPHEN OULLETTE,

    Defendant

CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(a)(2)

Now comes undersigned counsel, by special appearance, for the defendants to the above-captioned action, and hereby certifies that he attempted, in good faith, to confer with plaintiff's counsel regarding the foregoing Motion to Enlarge Time to Respond to Plaintiff's Complaint, via a telephone call placed to plaintiff's counsel on April 26, 2004, and that no return call was received from plaintiff's counsel.

DEFENDANTS

By their attorneys,

Jonathan M. Silverstein (BBO# 630431)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
  Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 4/27/04

219908/metr/0554