UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN J. B AUGHAN,<br>Plaintiff | ) ) ) ) | |
| vs. | ) ) | C.A. NO.: 04CV10704RWZ |
| ROBERT CAMPBELL, et al<br>Defendants | ) ) ) ) | |

## NOTICE OF APPEARANCE

Please enter our appearance on behalf of Defendants, Todd Oliver, Francois Napert, Scott Arrington, and Michael Healy, in the above-entitled matter.

THE DEFENDANTS
By their attorneys

Michael J. Akerson  AmJ
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO# 558565

Austin M. Joyce
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 255040

John K. Vigliotti   AmJ
EDWARD P. REARDON, P.C
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO# 642337

## CERTIFICATE OF SERVICE

I, Austin M. Joyce, hereby certify that a copy of the foregoing Appearance was mailed on this 27th day of May, 2004 via first class mail postage prepaid to all counsel of record as follows:

Emile E. Morad, Esq.
460 County Road
New Bedford, MA 02740

Jonathan M. Silverstein
Kopelman & Paige, P.C.
31 St. James Ave.
Boston, MA 02116-4102

By: _____
Austin M. Joyce