# United States District Court

EASTERN  _____   DISTRICT OF  __MASSACHUSETTS__

JOHN J. BAUGHAN

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 04-10704 RWZ

TOWN OF WESTPORT, KEITH PELLETIER, TODD OLIVER,
FRANCOIS NAPERT, SCOTT ARRINGTON, MICHAEL HEALY
STUART KIRKALDY, JAMES J. LONG, CHARLES A. COSTA
MARJORIE A. HOLDEN, RUSSELL T. HART,
STEPHEN OUELLETTE, LEGION INSURANCE COMPANY

TO: (Name and address of defendant)

Stuart Kirkaldy
829 Main Road,
Westport, Ma. 02790

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Emile E. Morad Esquire, 460 County Street, New Bedford, Ma. 02740

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE   8 April 2004

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/12/64 |
| NAME OF SERVER (PRINT) LOUIS J. RACINE | TITLE DISINTERESTED PARTY |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 829 MAIN ROAD, WESTPORT, MA 02790

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 12.00 | SERVICES 35.00 | TOTAL 37.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/12/04
_____
Date

_Louis J. Racine_
Signature of Server

1405 DRIFT ROAD, WESTPORT, MA 02790
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.