AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

EASTERN  DISTRICT OF  MASSACHUSETTS

JOHN J. BAUGHAN

**SUMMONS IN A CIVIL CASE**

V.

TOWN OF WESTPORT, KEITH PELLETIER, TODD OLIVER,
FRANCOIS NAPERT, SCOTT ARRINGTON, MICHAEL HEALY
STUART KIRKALDY, JAMES J. LONG, CHARLES A. COSTA
MARJORIE A. HOLDEN, RUSSELL T. HART,
STEPHEN OUELLETTE, LEGION INSURANCE COMPANY

CASE NUMBER: 04-10704 RWZ

TO: (Name and address of defendant)
Francois Napert,
818 Main Road,
Westport Ma. 02790

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Emile E. Morad Esquire, 460 County Street, New Bedford, Ma. 02740

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE  8 April 2004