FILED
IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUN 23 A 4:55

U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. NO. 04CV1704RWZ

| | |
|---|---|
| JOHN J. BAUGHAN,<br><br>    Plaintiff<br><br>v.<br><br>TOWN OF WESTPORT, KEITH PELLETIER, TODD OLIVER, FRANCOIS NAPERT, SCOTT ARRINGTON, MICHAEL R. HEALY, STUART KIRKALDY, JAMES J. LONG, MARJORIE A. HOLDEN, CHARLES A. COSTA, RUSSELL T. HART and STEPHEN OULLETTE,<br><br>    Defendant | DEFENDANTS' SCHEDULING STATEMENT |

Now come the defendants, and hereby submit the within Scheduling Statement. The defendants are submitting their own statement, rather than entering into a joint statement with the plaintiff, because the undersigned has not been able to contact plaintiff's counsel to prepare a joint statement.

A. **NATURE OF THE CASE**

By this action, plaintiff claims that he was falsely arrested and prosecuted by the defendant police officers, that the defendants libeled the plaintiff, and that the defendant Town is responsible for these alleged acts.

B.  PROPOSED SCHEDULE

The defendants propose the following schedule for motions and discovery:

1. Motions pursuant to F.R.C.P. 12(c) filed by **August 27, 2004**.

2. Written discovery completed by **October 29, 2004**.

3. Depositions of fact witnesses completed by **December 31, 2004**.

4. Plaintiff's designation of experts and service of expert reports by **January 31, 2005**.

5. Defendants' designation of experts and service of expert reports by **February 28, 2005**.

6. Depositions of expert witnesses completed by **March 31, 2005**.

7. Motions pursuant to F.R.C.P. 56 filed by **May 31, 2005**.

C.  CONSENT TO REFERRAL TO MAGISTRATE

The defendants would agree to a referral of this matter to a Magistrate Judge.

D.  SETTLEMENT DEMAND

The plaintiff has not served the defendants or their counsel with a settlement demand.

E.  LOCAL RULE 16.1 CERTIFICATES

The defendants' Certificates of Conferral are filed herewith.

DEFENDANTS

By their attorneys,

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6/23/04

Jonathan M. Silverstein (BBO# 630431)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

224360/metr/0554

2