UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04CV1704RWZ

JOHN J. BAUGHAN,

    Plaintiff

v.

TOWN OF WESTPORT, KEITH PELLETIER, TODD OLIVER, FRANCOIS NAPERT, SCOTT ARRINGTON, MICHAEL R. HEALY, STUART KIRKALDY, JAMES J. LONG, MARJORIE A. HOLDEN, CHARLES A. COSTA, RUSSELL T. HART and STEPHEN OULLETTE,

    Defendant

CERTIFICATION OF CONFERRAL PURSUANT TO L.R. 16.1(D)(3)

We, the undersigned party and counsel, hereby certify that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Town of Westport,
By its Town Administrator
Charlene Wood

_____
Jonathan M. Silverstein (BBO# 630431)
Kopelman and Paige, P.C.
Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

220355/metr/0554