UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04CV1704RWZ

| | |
|---|---|
| JOHN J. BAUGHAN,<br><br>　　　　Plaintiff<br><br>v.<br><br>TOWN OF WESTPORT, KEITH PELLETIER, TODD OLIVER, FRANCOIS NAPERT, SCOTT ARRINGTON, MICHAEL R. HEALY, STUART KIRKALDY, and STEPHEN OUELLETTE,<br><br>　　　　Defendants | DEFENDANTS' ASSENTED-TO<br>MOTION FOR ENLARGEMENT OF TIME |

Now come the defendants in the above-captioned action and hereby move, pursuant to Fed.R.Civ.P. 6(b), for an enlargement of the time within which they must respond to the Amended Complaint for a period of eleven days, up to and including August 2, 2004.

As grounds therefor, defendants state that the requested enlargement is necessary to provide a reasoned response to the 23-count Amended Complaint. As further grounds therefor, defendants state that plaintiff has assented to this motion.

DEFENDANTS,

By their attorneys,

Jonathan M. Silverstein (BBO# 630431)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 7/19/04

226467/METG/0554

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04CV1704RWZ

| | |
|---|---|
| JOHN J. BAUGHAN,<br><br>  Plaintiff<br><br>v.<br><br>TOWN OF WESTPORT, KEITH PELLETIER, TODD OLIVER, FRANCOIS NAPERT, SCOTT ARRINGTON, MICHAEL R. HEALY, STUART KIRKALDY, and STEPHEN OUELLETTE,<br><br>  Defendants | CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 |

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, defendants' counsel hereby certifies that on July 19, 2004, she conferred with plaintiff's counsel in regard to Defendants' Motion for Enlargement of Time. Plaintiff's counsel assented to said motion.

DEFENDANTS,

By their attorneys,

/s/ Jackie Cowin
Jonathan M. Silverstein (BBO# 630431)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 7/19/04

226467/METG/0054

# FICKSMAN & CONLEY, LLP
## ATTORNEYS AT LAW

98 NORTH WASHINGTON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02114

TEL (617) 720-1515
FAX (617) 720-1519

LIONEL H. PERLO
FRANCIS LEONE
DAVID M. GOULD
KENNETH D. WEISS*
JOHN D. CASSIDY*◆
NANCY L. WATSON
JOHN M. DELLEA◆
DOUGLAS N. PERLO
MATTHEW R. CONNORS■
HEIDI R. WOLMUTH
PAUL W. MORENBERG*
FRANCES A. McINTYRE
SEAN E. CAPPLIS
NICOLE M. MASON
M. KATE WELTI

MAX S. FICKSMAN (1907-1982)
ROBERT G. CONLEY (1921-1994)

* also admitted NY
◆ also admitted NH
■ also admitted CT

July 19, 2004

Tony Anastas, Clerk
John Joseph Moakley U.S. Courthouse
One Courthouse Way - Suite 2300
Boston, MA 02210

Dear Clerk:

    Re:    Michael Wallace, et al
    Vs:    Saints Memorial Medical Center, et al
          Docket No:  03-1029 RWZ
          Our File:    20J 3342

Enclosed herewith for <u>re-filing</u> in the above-referenced matter, please find:

**OPPOSITION OF THE DEFENDANT, SAINTS MEMORIAL MEDICAL CENTER TO THE PLAINTIFFS' MOTION TO COMPEL INSPECTION OF MEDICAL TREATISES AND LITERATURE**

**\*\*Please note:** The defendant originally filed the enclosed documents on May 12, 2004.

Thank you for your attention to this matter.

Very truly yours,

HEIDI R. WOLMUTH

HRW/cm
Enclosure
cc:    Leonard A. Simon, Esq.
        Victoria Crawshaw, Esq.