UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04CV1704RWZ

| | |
|---|---|
| JOHN J. BAUGHAN,<br><br>    Plaintiff<br><br>v.<br><br>TOWN OF WESTPORT, KEITH PELLETIER, TODD OLIVER, FRANCOIS NAPERT, SCOTT ARRINGTON, MICHAEL R. HEALY, STUART KIRKALDY, and STEPHEN OUELLETTE,<br><br>    Defendant | DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED.R.CIV.P.12(b)(6) |

Now come the defendants, Town of Westport, et al. and hereby move, pursuant to Fed.R.Civ.P. 12(b)(6), that this Honorable Court dismiss all claims against them. As grounds therefor, the defendants state that the Complaint fails to state a claim upon which relief may be granted. As further grounds therefor, the defendants rely on the accompanying Memorandum.

WHEREFORE, the defendants respectfully request that this Court dismiss all claims against them.

DEFENDANTS

By their attorneys,

Jonathan M. Silverstein (BBO# 630431)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.,
  Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 7/22/04

226783METG/0554