UNITED STATES DISTRICT COURT     FILED
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-10704-RWZ

U.S. DISTRICT COURT
DISTRICT OF MASS

JOHN J. BAUGHAN,

    Plaintiff

v.

TOWN OF WESTPORT, KEITH
PELLETIER, TODD OLIVER, FRANCOIS
NAPERT, SCOTT ARRINGTON, MICHAEL
R. HEALY, STUART KIRKALDY, and
STEPHEN OUELLETTE,

    Defendant

CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of

Massachusetts, defendants' counsel hereby certifies that she conferred with plaintiff's counsel

regarding the Defendants' Motion to Dismiss on July 26, 2004. The parties were unable to

resolve or narrow the issues presented therein.

DEFENDANTS

By their attorneys,

Jonathan M. Silverstein (BBO# 630431)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
  Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail-hand on ___7/28/04___

226784/METG/0554