IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN J. BAUGHAM )<br>     Plaintiff )<br> )<br>v. )<br> )<br>KEITH PELLETIER, TODD OLIVER )<br>FRANCIS NAPERT and SCOTT )<br>ARLINGTON )<br>     Defendants )<br> ) | Civil Action<br>No. 04-1704RWZ |

## NOTICE OF APPEARANCE

Please enter my appearance for the plaintiff in the above-captioned matter.

Respectfully submitted

/s/ Andrew Stockwell-Alpert
Andrew Stockwell-Alpert
109 State Street
Boston, MA 02109
(617) 720-4244
BBO #481190

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on 8/19/04.

# GEARY & ASSOCIATES

Attorneys At Law
161 Summer Street
Kingston, MA 02364
Telephone: (781) 585-0008
Facsimile: (781) 585-0332

John J. Geary*
Daniel B. Walsh
Janine M. Simonian

\* Also Admitted in Rhode Island and Connecticut

Maureen K. Flaherty (of counsel)

VIA FIRST CLASS MAIL & FACSIMILE

August 18, 2004

Judge Rya W. Zobel
United States District Court
District of Massachussetts
1 Courthouse Way, Suite 6110
Boston, MA 02210

RE: Anthony F., vs. School Committee of the City of Medford
Case Number: 04-CV-10610

Dear Judge Zobel:

At the status conference held on July 14, 2004 you asked to receive a status letter regarding discussions relative to a settlement of this case.

Attorney Mary Gallant, on behalf of the City of Medford, provided me with information regarding Medford's assertion of an affirmative defense regarding the statute of limitations. I have reviewed that matter and I am engaged in discussions with the plaintiffs regarding that material.

I expect that I shall have a definitive position to discuss with Attorney Gallant next week. I ask for the court's indulgence in allowing the plaintiffs one more week to provide a status letter with additional information to the court. I have discussed the one week extension with Attorney Gallant, who has assented.

Thank you for your attention to this matter.

Very truly yours,

Daniel B. Walsh

DBW/nbn
cc: Attorney Gallant