IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN J. BAUGHAN<br>    Plaintiff<br><br>v.<br><br>KEITH PELLETIER, TODD OLIVER<br>FRANCIS NAPERT and SCOTT<br>ARLINGTON<br>    Defendants | Civil Action<br>No. 04CV-10704RWZ |

## PLAINTIFF'S ASSENTED TO MOTION TO ENLARGE TIME

Plaintiff moves, with defendants' assent, to enlarge the time for filing an Opposition to their Motion to Dismiss by an additional twenty days.

As grounds therefore, plaintiffs state that new counsel has just appeared for them and has been out of the state for several weeks with no opportunity to review any pleadings from defendants. He is also going out of state for the balance of the next two weeks. In addition, co-counsel has left the state for Florida where, he just learned, his residence was heavily damaged in the hurricane.

The additional time agreed upon in which to file a responsive pleading is both necessary and sufficient.

Respectfully submitted

_/s/ Andrew Stockwell-Alpert_
Andrew Stockwell-Alpert
109 State Street
Boston, MA 02109
(617) 720-4244
BBO #481190

Assent by:

_/s/ Jonathan M. Silverstein_
Jonathan M. Silverstein
Kopelman & Paige
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

1