## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

JOHN J. BAUGHAN
PLAINTIFF

VS.

KEITH PELLETIER
TODD OLIVER,
FRANCIS NAPERT AND
SCOTT ARLINGTON
DEFENDANTS

CIVIL ACTION
NO. 04-10704 WZ

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Now comes Emile E. Morad Esquire and request this Honorable Court allow him to withdraw his appearance for medical reasons.

Counsel relies on his affidavit attached hereto

Dated August 26th, 2004

Emile E. Morad Esquire
460 County Street,
New Bedford, Ma. 02740
BBO 353-420

Tel 508 997-0001

## CERTIFICATE OF SERVICE

I, Emile E. Morad certify that I have provided notice to the following parties by first class mail postage prepaid:

1. Mr. John J. Baughan  509 River Road, Westport Ma. 02790

2. Kopelman and Paige, P.C. 31 St. James Avenue, Boston, Ma. 02116-4102
   Attention Jonathan M. Silverstein Esquire

3. Andrew Stockwell Alpert Esquire 109 State Street, Boston Ma. 02109

Dated August 26th, 2004

Emile E. Morad Esquire