UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04CV10704RWZ

JOHN J. BAUGHAN,

    Plaintiff

v.

KEITH PELLETIER, TODD OLIVER, FRANCOIS NAPERT, and SCOTT ARRINGTON,

    Defendants

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

    Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, defendants' counsel hereby certifies that on October 19, 2004, she conferred with plaintiff's counsel by telephone regarding the Defendants' Motion to Dismiss. Plaintiff's counsel indicated that he opposed the motion.

DEFENDANTS

By their attorneys,

/s/Jackie Cowin_____
Jonathan M. Silverstein (BBO# 630431)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
  Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

234422/METG/0554