UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04CV10704RWZ

| | |
|---|---|
| JOHN J. BAUGHAN,<br><br>    Plaintiff<br><br>v.<br><br>KEITH PELLETIER, TODD OLIVER, FRANCOIS NAPERT, SCOTT ARRINGTON,<br><br>    Defendants | DEFENDANTS' MOTION TO DISMISS <u>SECOND AMENDED COMPLAINT</u> |

    Now come the defendants, Keith Pelletier, Todd Oliver, Francois Napert, and Scott Arrington, and hereby move, pursuant to Fed.R.Civ.P. 12(b)(6), that this Honorable Court dismiss all claims against them. As grounds therefor, the defendants state that the Complaint fails to state a claim upon which relief may be granted. As further grounds therefor, the defendants rely on the accompanying Memorandum.

    WHEREFORE, the defendants respectfully request that this Court dismiss all claims against them.

DEFENDANTS

By their attorneys,

/s/Jonathan M. Silverstein_____
Jonathan M. Silverstein (BBO# 630431)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.,
  Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

234390/METG/0554