IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN J. BAUGHAN )<br>    Plaintiff )<br> )<br> ) <br>v. )<br> )<br>KEITH PELLETIER, TODO OLIVER )<br>FRANCIS NAPERT and SCOTT )<br>ARLINGTON )<br>    Defendants )<br> ) | Civil Action<br>No. 04-10704RWZ |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS SECOND AMENTED COMPLAINT**

Plaintiff opposes Defendants' Motion to Dismiss his Second Amended Complaint for the reasons set forth in his Memorandum annexed hereto in support of this opposition.

Respectfully submitted

Andrew Stockwell-Alpert
109 State Street
Boston, MA 02109
(617) 720-4244
BBO #481190

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party 10/29/04.