IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 APR -6 P 2: 52

US DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| JOHN J. BAUGHAN )<br>       Plaintiff )<br>)<br>v. )<br>)<br>KEITH PELLETIER, TODD OLIVER )<br>FRANCIS NAPERT and SCOTT )<br>ARLINGTON )<br>       Defendants ) | Civil Action<br>No. 04-10704RWZ |

### NOTICE OF CHANGE OF ADDRESS

The law offices of **Andrew Stockwell-Alpert,** attorney for the Plaintiff, have moved.

**Old address**      109 State Street
                         Boston, MA 02109

**New Address**      11 Beacon Street
                          Suite 1210
                          Boston, MA 02108

The telephone number remains the same.

Respectfully submitted

Andrew Stockwell-Alpert
109 State Street
Boston, MA 02109
(617) 720-4244
BBO #481190