**ANDREW STOCKWELL-ALPERT**

ATTORNEY AT LAW
11 BEACON STREET
SUITE 1210
BOSTON, MASSACHUSETTS 02108

TEL: (617) 720-4244
FAX: (617) 275-8000

June 17, 2005

Jay Johnson
Clerk for Judge Rya W. Zobel
United States District Court
One Courthouse Way
Boston, MA 02110

RE:   Baughan v. Pelletier et als.
      C.A. No. 04-10704RWZ

Dear Mr. Johnson,

The Defendants' Motion to Dismiss and the Plaintiff's Opposition thereto were filed with the Court by mid-November of last year.

We have been awaiting the Court's ruling since that time.

I would greatly appreciate it if the Court would apprise us of the status of the motion.

Very truly yours,

Andrew Stockwell-Alpert

cc: Jonathan M. Silverstein, Esquids