UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>JOHN BAUGHAN</u>
                    **Plaintiff**

    V.                                          CIVIL ACTION

                                                            NO. <u>04-10704-RWZ</u>

<u>KEITH PELLETIER ET AL</u>
                    **Defendant**

## JUDGMENT

<u>ZOBEL, D. J.</u>

In accordance with the MEMORANDUM OF DECISION entered 7/8/05;

JUDGMENT is entered DISMISSING the second amended complaint.

                                                                  By the Court,

<u> 7/11/05 </u>                                                     s/ Lisa A. Urso
Date                                                        Deputy Clerk